McGREGOR W. SCOTT
United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ARTURO NAPOLES, et al,

    Defendants.

CASE NO. 2:18-MJ-0022 KJN

[PROPOSED] ORDER TO UNSEAL COMPLAINT

    The government's motion to unseal the un-redacted Complaint and unseal the case as to defendant Raymond Morin is GRANTED.

    SO ORDERED

Dated: February 15, 2018

HON. EDMUND F. BRENNAN
United States Magistrate Judge

[PROPOSED] ORDER TO UNSEAL COMPLAINT