CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for RAYMOND MORIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>RAYMOND MORIN, et al.<br><br>　　　　　Defendants. | Case No.: 18-30 JAM<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE: December 4, 2018<br>TIME: 9:15 a.m.<br>JUDGE: Hon. John A. Mendez |

　　　IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Cameron Desmond, Counsel for Plaintiff, and attorneys Clemente M. Jiménez, Counsel for Defendant Raymond Morin, and David Fischer, Counsel for Defendant Raul Diaz, that the status conference in this matter currently scheduled for December 4, 2018, at 9:15 a.m. be vacated, and the matter be continued to this court's criminal calendar on January 29, 2019, at 9:15 a.m. for further status conference and possible change of plea.

　　　The parties will require additional time for review of discovery, conduct necessary investigation, and confer with their respective clients. Furthermore, defense counsel for Mr. Morin will require additional time to review a recently provided plea agreement.

　　　IT IS FURTHER STIPULATED that time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv),

11/29/18

(Local code T-4), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED: November 29, 2018

/S/ Cameron Desmond
McGregor Scott
by CAMERON DESMOND
Attorney for Plaintiff

/S/ Clemente M. Jiménez
CLEMENTE M. JIMÉNEZ
Attorney for Raymond Morin

/S/ David Fischer
DAVID FISCHER
Attorney for Raul Diaz

11/29/18

## ORDER

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for December 4, 2018, at 9:15 a.m., be vacated and the matter continued for further status conference on January 29, 2019, at 9:15 a.m. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

This 29th day of November, 2018

/s/ John A. Mendez
HON. John A. Mendez
United States District Court Judge